UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua Lamy

    v.                     Case No. 14-cv-234-SM

Northern NH Correctional Facility,
Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 26, 2014, for the reasons set forth therein. The Petitioner's § 2254 Petition is hereby dismissed as untimely. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                   _____
                                                   Steven J. McAuliffe
                                                   United States District Judge

Date: September 8, 2014

cc: Joshua W. Lamy, pro se